**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x  Civil Action No.: CV-04-3066 (JG) (JMA)

UNITED STATES OF AMERICA, §
§
           Plaintiff, §
- against- §
§
NICOLE L. CLARK, §
§
           Defendant. §
---------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ June 30, 2005 ★

BROOKLYN OFFICE

## DEFAULT JUDGMENT

Because Nicole L. Clark failed to appear to defend this action after having been served with process, it is ordered that a default be entered.

It is adjudged that the United States of America recover from Nicole L. Clark:

**Claim No. C99-00760W**

| | |
|---|---|
| Principal Balance: | $111.30 |
| Total Interest Accrued at 8.000%: | $100.61 |
| Filing and Service of Process: | $180.00 |
| Less Credits (Debtor Payments): | $.00 |
| Subtotal: | $391.91 |

**Claim No. C99-00761W:**

| | |
|---|---|
| Principal Balance: | $4,225.87 |
| Total Interest Accrued: | $4,185.68 |
| Filing and Service of Process: | $40.00 |
| Less Credits (Debtor Payments): | $0.00 |
| Subtotal: | $8,451.55 |
| Grand Total of all claims: | $8,843.46 |
| Attorney's Fees: | $1,575.00 |
| Total Owed: | $10,418.46 |

Post-judgment interest shall be calculated, pursuant to 28 U.S.C. §1961.

Signed: Brooklyn, New York
6-27-05

s/John Gleeson
John Gleeson
United States District Judge